*In re* PEDRO NICOT SANTANA.

*Número:* MC-91-14          *Resuelto:* 24 de enero de 1992

*Norma Cotti Cruz* y *Reina Colón de Rodríguez, Subprocuradoras Generales, Marjorie Rivera Rodríguez* y *Cynthia Iglesias Quiñones, Procuradoras Generales Auxiliares,* abogadas de El Pueblo, en informe.

PER CURIAM: Mediante escrito de fecha 7 de marzo de 1991, la Oficina del Procurador General de Puerto Rico nos informó que, no obstante sus gestiones a esos efectos, el abogado Pedro Nicot Santana no había atendido su solicitud de que compareciera a dicha Oficina a exponer su versión respecto a una queja contra él presentada por la Sra. Dalia Barreto Aquino.([1])

En virtud de ello, el 21 de marzo de 1991 le concedimos término al referido abogado para que compareciera a la Oficina del Procurador General "a exponer lo que a bien tenga respecto a la queja presentada por la Sra. Dalia Barreto Aquino". Resolución de 21 de marzo de 1991. Copia de dicha resolución le fue notificada *personalmente* al referido abogado por uno de los alguaciles auxiliares de este Tribunal el día 26 de marzo de 1991.

Mediante escrito de fecha 7 de enero de 1992, la Procu-

---

([1]) En la misma, la señora Barreto Aquino informó que no obstante haberle satisfecho al licenciado Nicot Santana honorarios por la suma de tres mil dólares ($3,000) en el año de 1980 en relación con la liquidación de dos comunidades hereditarias, éste no había realizado gestión alguna al respecto.

radora General nos informa que el abogado Nicot Santana, *a pesar del tiempo transcurrido*, aún no ha comparecido a su Oficina. Son varias las ocasiones en que este Tribunal ha expresado que no tolerará "la incomprensible y contumaz negativa de un miembro del foro de cumplir con las órdenes de este Tribunal". *In re Santiago Méndez*, 129 D.P.R. 696, 697 (1991). Véase *In re Colón Torres*, 129 D.P.R. 490 (1991).

En consecuencia, *se decreta la suspensión provisional del abogado Pedro Nicot Santana del ejercicio de la profesión de abogado. Se dictará sentencia de conformidad.*

El Juez Presidente Señor Pons Núñez y el Juez Asociado Señor Andréu García no intervinieron.